MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
MICHELLE A. PAVELEK, CSBN No. 300642
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4862
    Facsimile: (415) 744-0134
    Michelle.A.Pavelek@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK RALPH RIBERAL,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:24-cv-03349-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from April 4, 2025, up to and including May 4, 2025. This is the Defendant's first extension request.

    This case along with others was assigned to the undersigned counsel. Defendant requests this extension in order to review the record; evaluate the issues raised in Plaintiff's brief; determine whether options exist for settlement; and if not, to prepare Defendant's response to Plaintiff's motion. Defendant's counsel will endeavor to complete these tasks as soon as

1

possible.  This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                           Respectfully submitted,

                           LAW OFFICES OF LAWRENCE D. ROHLFING

Dated:  March 18, 2025       /s/  *Young Chul Cho\**
                                   (\*as authorized via e-mail)
                                   YOUNG CHUL CHO
                                   Attorney for Plaintiff

Dated:  March 18, 2025       MICHELE BECKWITH
                                   Acting United States Attorney
                                   MATHEW W. PILE
                                   Associate General Counsel
                                   Social Security Administration

                    By:     /s/  *Michelle A. Pavelek*
                                   MICHELLE A. PAVELEK
                                   Special Assistant U.S. Attorney

                                   Attorneys for Defendant

## **ORDER**

    Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including May 4, 2025 to respond to Plaintiff's Brief and Plaintiff's optional reply brief will be extended to May 18, 2025.

DATED: March 18, 2025

                                   ALLISON CLAIRE
                                   UNITED STATES MAGISTRATE JUDGE