1  MICHELE BECKWITH
   Acting United States Attorney
2  MATHEW W. PILE, WSBA 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   MICHELLE A. PAVELEK, CSBN 300642
4  Special Assistant United States Attorney
        Social Security Administration
5       6401 Security Boulevard
        Baltimore, MD 21235
6       Telephone: (510) 970-4862
        Facsimile: (415) 744-0134
7       Michelle.A.Pavelek@ssa.gov
   Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK RALPH RIBERAL, | Case No.: 2:24-cv-03349-AC |
| Plaintiff, | STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will issue a fully favorable decision that finds Plaintiff disabled as of February 11, 2020.

/ / /

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: April 11, 2025          LAW OFFICES OF LAWRENCE D. ROHLFING

*s/ Young Cho**
YOUNG CHO
Attorney for Plaintiff
(*as authorized via e-mail)

Dated: April 11, 2025          MICHELE BECKWITH
Acting United States Attorney

MATHEW W. PILE
Associate General Counsel
Office Of Program Litigation, Office 7

*s/ Michelle A. Pavelek*
MICHELLE A. PAVELEK
Special Assistant United States Attorney
Attorney for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand, and judgment shall be entered in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: April 21, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE