Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Patrick Ralph Riberal

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK RALPH RIBERAL,<br><br>  Plaintiff,<br><br>  vs.<br><br>FRANK BISIGNANO,[1]<br>Commissioner of Social Security,<br><br>  Defendant. | Case No.: 2:24-cv-03349-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

TO THE HONORABLE ALLISON CLAIRE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Patrick Ralph

---

[1] Frank Bisignano, the new Commissioner of Social Security, should be substituted as the defendant in this suit per F.R.C.P. Rule 25(d). No further action need be taken per 42 U.S.C. § 405(g).

Riberal ("Riberal") be awarded attorney fees and expenses in the amount of five thousand one hundred dollars ($5,100.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of zero dollars ($0.00) under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Riberal, the government will consider the matter of Riberal's assignment of EAJA fees to Young Cho.  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Riberal, but if the Department of the Treasury determines that Riberal does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed by Riberal.[2]  Any payments may be made by check or electronic fund transfer (EFT) and shall be delivered to the Law offices of Lawrence D. Rohlfing, Inc.

This stipulation constitutes a compromise settlement of Riberal's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Riberal

---

[2] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

and/or Young Cho including Law Offices of Lawrence D. Rohlfing, Inc., CPC may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Young Cho and/or the Law Offices of Lawrence D. Rohlfing, Inc., CPC to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: May 12, 2025          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Young Cho*[3]
BY: _____
Young Cho
Attorney for plaintiff Patrick Ralph Riberal

DATED: May 12, 2025          MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

/s/ *Lori A. Lookliss*

_____
LORI A. LOOKLISS
Special Assistant United States Attorney
Attorneys for Defendant
FRANK BISIGNANO, Commissioner of Social Security (Per e-mail authorization)

---

[3] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

-3-

**ORDER**

Approved and so ordered:

DATE: May 14, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

## DECLARATION OF YOUNG CHO

I, Young Cho, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court in this case. I represent Patrick Ralph Riberal in this action. I make this declaration of my own knowledge and belief.
2. I attach as exhibit 1 a true and correct copy of the itemization of time in this matter.
3. I attach as exhibit 2 a true and correct copy of the retainer agreement with Patrick Ralph Riberal containing an assignment of the EAJA fees.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this May 12, 2025, at Santa Fe Springs, California.

/s/ *Young Cho*
_____
Young Cho

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 12631 East Imperial Highway, Suite C-115, Santa Fe Springs, California 90670.

On this day of May 12, 2025, I served the foregoing document described as STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Mr. Patrick Ralph Riberal
3442 Mary Avenue
Stockton, CA 95206

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Santa Fe Springs, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am employed in the office of a member of this court at whose direction the service was made.

Young Cho
TYPE OR PRINT NAME

/S/ Young Cho
SIGNATURE

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER  2:24-CV-03349-AC**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on May 12, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system, except the plaintiff served herewith by mail.

*/s/ Young Cho*

_____

Young Cho
Attorneys for Plaintiff